912

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RAY LEE STEWART, Defendant-Appellant.

(Nos. 74-176, 7, 8, 9 cons.;

Second District (2nd Division)—December 16, 1974.

PER CURIAM.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford, for the People.

ROBERT BAINTER, Plaintiff-Appellant, *v.* LAMOINE LP GAS Co., Defendant-Appellee.

(No. 74-207;

Third District—December 31, 1974.